UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESIDENTS OF MENDOCINO<br><br>  Plaintiffs,<br><br>  v.<br><br>MAJOR CRIMES TASK FORCE<br><br>  Defendants.<br>_____/ | No. 03-05864 EDL<br><br>ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION TO COMPEL AND FOR SANCTIONS |

On May 13, 2005, Defendant Robert Nishiyama ("Defendant") filed a Motion to Compel Completion of Depositions and for Sanctions. No opposition to Defendant's motion was filed. In light of the Motion to Withdraw as Attorney and Motion to Stay Proceedings filed today by Plaintiffs' counsel, Defendant's Motion to Compel and for Sanctions is denied without prejudice. Defendant may renew his motion after the Court rules on the Motion to Withdraw and Motion to Stay, or under other appropriate circumstances.

The hearing on Defendant's Motion to Compel set for June 21, 2005 is hereby vacated. Defendants' and Plaintiffs' motions to appear by telephone at the motion hearing are hereby denied as moot.

IT IS SO ORDERED.

Dated: June 20, 2005

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge