L. Scott Spears – SBN 195993
Attorney at Law
115 N. State St., Suite 1
Ukiah, CA 95482
Phone: 707.462.4606
Fax: 707.462.4692
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
IN THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| Armando Ruiz, Ciro Ruiz, Elena Ruiz, Elfego Ruiz, Guillermina Ruiz, Nemesio Ruiz, and Neyrot Zuniga Gonzales.<br><br>Plaintiffs,<br><br>vs.<br><br>County of Mendocino, City of Ukiah, City of Willits, Ukiah Police Department, Willits Police Department, Mendocino County Animal Control, Special Agent Supervisor Robert Nishiyama, Special Agent John Lewis, Special Agent Jason Lucas, Special Agent Troy Furman, Special Agent Darren Brewster, Special Agent Robert Kennedy, Animal Control Officer Brian Jones, Animal Control Officer George Hodgson, Animal Control Officer James Riley.<br><br>Defendants. | **UNLIMITED**<br><br>Case No. C03-5864-MJJ<br><br>**Order Staying Proceedings**<br><br>Granted |

Counsel for Plaintiffs, L. Scott Spears, has filed a Motion to Stay all proceedings in this matter pending his application to Withdraw as counsel for Plaintiffs. All matters in this case are hereby stayed ~~for 60 days~~ pending ~~the Hearing on~~ adjudication of the Motion by Plaintiffs' counsel.

**IT IS SO ORDERED**

Date: 6/23/2005   /s/ _____
                  Judge of the US District Court

APPROVED
Judge Martin J. Jenkins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Order Staying Proceedings
-1-