IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESIDENTS OF MENDOCINO, | No. C-03-05864 MJJ (EDL) |
| Plaintiff, | **ORDER DENYING WITHOUT PREJUDICE DEFENDANTS' MOTION TO COMPEL ANSWERS TO SPECIAL INTERROGATORIES** |
| v. | |
| MAJOR CRIMES TASK FORCE, | |
| Defendant. | |

On June 21, 2005, Defendants filed a Motion to Compel Answers to Special Interrogatories. On June 23, 2005, the Court ordered a stay of proceedings pending adjudication of Plaintiffs' counsel's Motion to Withdraw. Accordingly, Defendants' Motion to Compel is denied without prejudice. Defendants may renew their motion after the Court rules on the Motion to Withdraw, or under other appropriate circumstances.

The hearing on Defendants' Motion to Compel noticed for August 2, 2005 is hereby vacated.

**IT IS SO ORDERED.**

Dated: June 23, 2005

ELIZABETH D. LAPORTE
United States Magistrate Judge