IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARMANDO RUIZ, et al.,

    Plaintiffs,

v.

MAJOR CRIMES TASK FORCE, et al.,

    Defendants.
_____/

No. C 03-5864 MJJ

**SCHEDULING ORDER**

Before the Court is Plaintiffs' counsel's motion to withdraw and to stay the proceedings until substitute counsel is retained. Moving counsel avers that Plaintiffs have expressed their intent to consent to the proposed withdrawal and that formal documentation of that consent will be filed with the Court forthwith. Having read and considered the papers and in light of the promised documentation of consent, the Court finds that oral argument on Plaintiffs' counsel's motion is not necessary at this juncture. Accordingly, the Court hereby **VACATES** the July 26, 2005, hearing. Once documentation of consent is filed, the Court will either issue its order on the motion or will re-schedule the hearing on the motion should it determine that a hearing is necessary.

**IT IS SO ORDERED.**

Dated: July 22, 2005

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE