UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESIDENTS OF MENDOCINO COUNTY, ET AL., | No. C 03-5864 MJJ  (JL) |
| Plaintiffs, | |
| v. | CONTINUANCE OF SETTLEMENT CONFERENCE |
| MAJOR CRIME TASK FORCE OF MENDOCINO COUNTY, ET AL., | |
| Defendants. _____ / | |

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the settlement conference scheduled for August 17, 2005 has been continued to **Tuesday, November 15, 2005 at 10:00 a.m.,** in Judge Larson's chambers, located at the Federal Building, 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102.  **If the court-ordered date presents problems for parties or counsel, counsel is to contact Judge Larson's chambers directly at (415) 522-2112.**

The parties shall notify Magistrate Judge Larson's chambers immediately if this case settles prior to the date set for settlement conference.

SETTLEMENT CONFERENCE NOTICE	1

1
2  DATED: August 17, 2005
3
4                                             _____
                                              JAMES LARSON
                                              United States Magistrate Judge
5
...
28

SETTLEMENT CONFERENCE NOTICE                    2