BILL LOCKYER
Attorney General of the State of California
TOM BLAKE
Deputy Attorney General
State Bar No. 51885
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5506
Facsimile:   (415) 703-5480
Email:  tom.blake@doj.ca.gov

Attorneys for Defendant Special Agent
  Robert Nishiyama

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Armando Ruiz, Ciro Ruiz, Elena Ruiz, Elfego Ruiz, Guillermina Ruiz, Nemesio Ruiz, and Neyrot Zuniga Gonzales,<br><br>    Plaintiffs,<br><br>vs.<br><br>County of Mendocino, City of Ukiah, City of Willits, Ukiah Police Department, Willits Police Department, Mendocino County Animal Control, Special Agent Supervisor Robert Nishiyama, Special Agent John Lewis, Special Agent Jason Lucas, Special Agent Troy Furman, Special Agent Darren Brewster, Special Agent Robert Kennedy, Animal Control Officer Brian Jones, Animal Control Officer George Hodgson, Animal Control Officer James Riley,<br><br>    Defendants. | No. C 03-05864 MJJ<br><br>**STIPULATION TO DISMISS WITH PREJUDICE**<br><br>  AND ORDER |

///

///

///

///

---
**-1-**
**STIPULATION TO DISMISS WITH PREJUDICE**

The parties, Defendants by and through their counsel of record, and Plaintiffs by and through their representative, stipulate that this matter may be dismissed with prejudice, pursuant to Rule 41, subpart (a). The parties have settled this matter in its entirety. The parties, therefore, respectfully request that the Court dismiss this action with prejudice. This stipulation may be executed in counterpart signatures.

Dated: 9/11/06  **BILL LOCKYER**
**Attorney General of the State of California**

_____**/s/**_____
**TOM BLAKE, Deputy Attorney General**

Attorneys for Defendant Special Agent
Robert Nishiyama

Dated: 9/8/06  **JEANINE B. NADEL**
**County Counsel of Mendocino County**

_____**/s/**_____
**DOUGLAS L. LOSAK, Deputy County Counsel**

Attorneys for Defendants County of Mendocino, Mendocino County Animal Control, Special Agent Troy Furman, Special Agent Darren Brewster, Animal Control Officer Brian Jones, Animal Control Officer George Hodgson, Animal Control Officer James Riley

Dated: 9/7/06  **LAW OFFICES OF L. SCOTT SPEARS, J.D.,M.B.A.**

_____**/s/**_____
**L. SCOTT SPEARS, J.D.,M.B.A.**

Representative for Plaintiffs

**IT IS SO ORDERED.**

Dated: 9/19/2006  _____
**MARTIN J. JENKINS**
**United States District Judge**

---
**-2-**
**STIPULATION TO DISMISS WITH PREJUDICE**